UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JERRY BLANEY,　　§<br>　　　　　　　　　　　§<br>　*Plaintiff*,　　　§<br>　　　　　　　　　　　§<br>v.　　　　　　　　§<br>　　　　　　　　　　　§<br>STATE OF TEXAS,　§<br>　　　　　　　　　　　§<br>　*Defendant*.　　§ | Civil Action No. 3:23-CV-1185-X-BT |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case, recommending that the Court transfer Jerry Blaney's habeas petition to the Fifth Circuit as a successive habeas petition.  [Doc. 5].  Jerry Blaney filed a *Notice of Judicial Misconduct*, which the Court construes as an objection because it appears to reference the Magistrate Judge's opinion.  [Doc. 8].

Blaney raises four points.  First, he lambasts "corrupt clerks" for listing the defendant in the case caption as "Director, TDCJ-CID" when Blaney actually sued the "State of Texas."[1]  Second, he complains that "[c]orrupt clerks" have committed "felony crimes" against him by refusing to accept his filing fee.[2]  Third, he complains

---

[1] *Compare* Doc. 5 at 1, *with* Doc. 3 at 1.

[2] Doc. 8 at 1.  To the extent Blaney attempts to sue the State of Texas for crimes, like kidnapping, Blaney has failed to explain how he can bring a civil suit based on a criminal law.  In any event, Blaney doesn't challenge the Magistrate Judge's construction of his complaint as a habeas petition, so the Court's review is only for plain error.  The Court finds none.

1

that "corrupt clerks" have been "forging and falsifying [his] civil suits for sixteen years."[3] Fourth, he lambasts the "corrupt Judges" who have denied his appeals and civil suits.[4] But none of those contentions explains why Blaney's appeal isn't successive.

Accordingly, the Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the Magistrate Judge. The Court therefore **TRANSFERS** Blaney's petition for a writ of habeas corpus to the United States Court of Appeals for the Fifth Circuit.

**IT IS SO ORDERED** this 6th day of July, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[3] Doc. 8 at 2.

[4] *Id.* Query whether these are the same civil suits that the corrupt clerks allegedly forged.